# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT C. BANTANG, JR.,<br><br>Defendant. | Crim. No.: 12-148 (KSH)<br><br>CONSENT ORDER<br>MODIFYING CONDITIONS OF RELEASE |

**THIS MATTER** having come before the Court upon the application of Baldassare & Mara, LLC (by Michael A. Baldassare, Esq.), counsel for defendant Robert Bantang, Jr., and the United States, by Assistant United States Attorney Leslie F. Schwartz and Pretrial Services, having consented to the relief sought, and for good cause shown:

**IT IS** on this 22nd day of March 2013,

**ORDERED** that Defendant shall be permitted to travel out of the State of New Jersey from March 30, 2013 through April 7, 2013 for purposes of attending a family vacation in Turks and Caicos; and it is further

**ORDERED** that Pretrial Services return Defendant's passport to him for the limited purposes of traveling to Turks and Caicos on the above-referenced dates; and it is further

**ORDERED** that Defendant will provide Pretrial Services with an itinerary before obtaining his passport;

**ORDERED** that upon his return from the above referenced trip, Defendant shall return his passport to Pretrial Services forthwith; and it is further

**ORDERED** that all other conditions of release set forth in the Court's August 4, 2011 Order (Docket No. 5) shall remain in place.

_____
Honorable Katharine S. Hayden,
United States District Judge